SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR #263326)
JOSEPH B. ANGELO (BAR #268542)
SCOTT M. JOHNSON (BAR #287182)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 5th Floor
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Arthur Harris | Case No.: 16-CV-02162-NC |
| Plaintiff. | **PROOF OF SERVICE** <br><br> Date: APRIL 26, 2016 <br><br> Time: 12:56 P.m. |

I, Mark Loeffler, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 and am not a party to the within entitled action. My business address is 2033 Gateway Place, Floor 6, San Jose, California 95110.

On APRIL 26TH, 2016, I served the following documents:

**1) SUMMONS**
**2) COMPLAINT**
**3) CIVIL CASE COVER SHEET**

on all interested parties named below, by personal service, addressed as follows:

| | |
|---|---|
| 1 | Verizon Wireless Services, LLC |
| 2 | CT Corporation System |
| 3 | 818 West Seventh Street, Ste 930 |
| 4 | Los Angeles, CA 90017 |

Name of Party who accepted service: CT CORPORATE REPRESENTATIVE

I declare under penalty of perjury that the foregoing is true and correct. Executed on APRIL 26TH, 2016, at Los Angeles, California.

Mark Loeffler