SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:16-CV-02162-BLF <br><br> STIPULATION TO DISMISS DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Arthur Harris and defendant TD Bank USA, National Association ("TD Bank"), that TD Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; PROPOSED ORDER - 1

DATED:  May 5, 2017                    Sagaria Law, P.C.

                                       By:    */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                       Attorneys for Plaintiff
                                       Arthur Harris

DATED:  May 5, 2017                    Hinshaw & Culbertson LLP

                                       By:    */s/ Ellen B. Silverman*
                                              Ellen B. Silverman
                                       Attorneys for Defendant
                                       TD Bank USA, National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ellen B. Silverman has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant TD Bank is dismissed with prejudice and that each party is to bear its own attorneys fees and costs.

IT IS SO ORDERED.

DATED:_____

                                       BETH L. FREEMAN
                                       UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; PROPOSED ORDER - 2